United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **DARWIN JOSE CRUZ-REYES,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00060 |
| § | |
| **PAMELA BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |

# ORDER

Pending before the Court is Darwin Jose Cruz Reyes's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner lists the following as respondents in their official capacities: Warden of the Webb County Detention Center Mario Garcia; Field Office Director for U.S. Immigration and Customs Enforcement Juan Agudelo; Director of U.S. Immigration and Customs Enforcement Todd Lyons, U.S. Secretary of Homeland Security Kristi Noem; and U.S. Attorney General Pamela Bondi. (Dkt. 1 at 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to submit a response and serve it on Petitioner no later than **January 22, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **January 28, 2026**. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed.

Additionally, on November 25, 2025, the Central District of California certified a national class in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025):

> **Bond Eligible** Class: All noncitizens in the United States without lawful status who
> (1) have entered or will enter the United States without inspection; (2) were not or

will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

*Maldonado Bautista*, 2025 WL 3288403, at *1. The Central District of California extended to the Bond Eligible Class as a whole the declaratory relief it had previously granted: that the Department of Homeland Security Policy of mandatory detention for all applicants for admission under § 1225 is unlawful. *Maldonado Bautista*, 2025 WL 3288403, at *9. On December 18, 2025, the *Maldonado Bautista* court entered a final judgment. *Maldonado Bautista et al v. Santacruz*, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). The declaratory judgment held that the Bond Denial Class members are detained under 8 U.S.C. § 1226(a) and thus may not be denied consideration for release on bond under § 1225(b)(2)(A). *Id*. In light of this development, the Court hereby **ORDERS** the parties to address in their response and reply briefing: (1) whether Petitioner is a member of the nationally certified Bond Eligible Class; and (2) what affect if any the declaratory relief granted in *Maldonado Bautista v. Santacruz* has on Petitioner's claims before the Court.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**

**Washington, D.C. 20530**

Respondent Director for U.S. Immigration and Customs Enforcement Todd Lyons, or his designee may be served at:

**U.S. Immigration and Customs Enforcement**
**500 12th St., SW**
**Washington, D.C. 20536**

Respondent Field Office Director for U.S. Immigration and Customs Enforcement Juan Agudelo, or his designee may be served at:

**Field Office Location**
**1717 Zoy Street**
**Harlingen, TX 78552**

Respondent Warden of the Webb County Detention Center Mario Garcia, or his designee may be served at:

**Warden of the Webb County Detention Center**
**9998 S. Highway 83**
**Laredo, TX 78046**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 16, 2026.

Diana Saldaña
United States District Judge